In the Matter of PHILIP EDWARDS, Appellant, against HARRIS H. MURDOCK et al., Constituting the Board of Standards and Appeals of the City of New York, Respondents.

JOHN H. CAMPBELL, JR., Intervener, Respondent.

Submitted September 30, 1940; decided October 8, 1940.

Motion for reargument or to amend the remittitur denied, with ten dollars costs and necessary printing disbursements. (See 283 N. Y. 529.)

Motion by Corporation Counsel of the City of New York to amend the remittitur denied, with ten dollars costs and necessary printing disbursements.

In the Matter of the Probate of the Will of JOHN GIBBONS, Deceased.

NORAH O'BOYLE, Appellant; ANNE GIBBONS et al., Respondents.

Submitted September 30, 1940; decided October 8, 1940.

Motion for reargument denied, with ten dollars costs and necessary printing disbursements. (See 283 N. Y. 663.)

In the Matter of WILLIAM CONWAY, Respondent, against WILLIAM F. CAREY, as Commissioner of Sanitation of the City of New York, et al., Appellants.

Submitted September 30, 1940; decided October 8, 1940.

Motion for reargument denied, with ten dollars costs and necessary printing disbursements. (See 283 N. Y. 122.)

SAM TERNER, Respondent, v. GLICKSTEIN & TERNER, INC., Appellant.

Submitted September 30, 1940; decided October 8, 1940.

Motion to amend the remittitur denied, with ten dollars costs and necessary printing disbursements. (See 283 N. Y. 299.)